UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| RODRIGO ABAD GERVACIO, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:10-cv-0618-WTL-DML |
| SIX UNKNOWN NAMES AGENTS, et al., | ) ) ) | |
| Defendants. | ) | |

### Entry and Order Directing Dismissal of Action

The complaint filed by Rodrigo Abad Gervacio was dismissed as unintelligible. He was given a period of time in which to file an amended complaint. The amended complaint fails to cure the deficiency which afflicted the original complaint. Accordingly, the action is dismissed without prejudice. *Gladney v. Pendleton Corr. Facility,* 302 F.3d 773, 775 (7th Cir. 2002).

Judgment consistent with this Entry shall now issue.

The clerk shall **terminate Young Yil Jo as a party.** Mr. Jo was not and is not a plaintiff in the action.

**IT IS SO ORDERED**.

Date: 07/01/2010

*[signature: William T. Lawrence]*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana