**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| RODRIGO ABAD GERVACIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:10-cv-0618-WTL-DML |
| | ) | |
| | ) | |
| SIX UNKNOWN NAMES AGENTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 07/01/2010

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Rodrigo Abad Gervacio
#07439-028
Big Spring
Airpark Unit Correctional Center
3700 Wright Ave.
Big Spring, TX 79720